IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jennifer Knight                              Case No. 2:22-cv-03036

     Plaintiff,                            Judge Morrison

v.                                           UNOPPOSED MOTION TO
                                             CONTINUE PRETRIAL CONFERENCE
City of Columbus, et al.,

     Defendants

Plaintiff moves the Court to continue the Pretrial Conference scheduled for Sept. 13, 2022, for at least 60 days. Defendants' counsel does not oppose this Motion.

Based upon post-filing developments, Plaintiff is evaluating amendment of the instant complaint. Immediately following the filing of the Complaint, Plaintiff was notified that she was being "departmentally charged", the highest level of discipline, over an infraction that based on present information has never been the predicate for discipline in the history of the Division of Police.  As this process moves forward, it appears to be retaliation by Defendants against the Plaintiff for filing the Complaint.  Accordingly, Plaintiff is evaluating the propriety of the amending the complaint and has delayed serving same on Defendants.

 

*/s/Zachary Gottesman*
Zachary Gottesman (0058675)
Trial Attorney for Plaintiff
Gottesman & Associates, LLC
404 East 12th Street, First Floor
Cincinnati, Ohio 45202
513/651-2121
zg@zgottesmanlaw.com

1

2

**CERTIFICATE OF SERVICE**

I have served the foregoing upon the Defendants, by electronic mail to their counsel, on the 9 th day of Sept. 2022, as well as by filing same with the Court's CM/ECF system on t same date.

/s/Zachary Gottesman
Zachary Gottesman (0058675)
Trial Attorney for Plaintiff

2