# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JENNIFER KNIGHT,

    Plaintiff(s),   :

            Case No. 2:22-cv-3036

    v.   :   Judge Sarah D. Morrison

            Magistrate Judge Elizabeth Preston Deavers

CITY OF COLUMBUS, *et al.*,   :

    Defendant(s).

## ORDER

For good cause shown, the Court hereby **GRANTS** the Joint Motion to Reschedule the Preliminary Pretrial Conference, currently scheduled for September 13, 2022 at 11:00 AM. (ECF No. 9.) The conference will instead be held on **NOVEMBER 15, 2022 at 11:00 AM**.

**IT IS SO ORDERED.**

**DATE: September 9, 2022**             */s/ Elizabeth A. Preston Deavers*
                                                                     **ELIZABETH A. PRESTON DEAVERS**
                                                                     **UNITED STATES MAGISTRATE JUDGE**