# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JENNIFER KNIGHT,**

       Plaintiff,                    Civil Action 2:22-cv-3036
                                              Judge Sarah D. Morrison
    v.                                       Magistrate Judge Elizabeth A. Preston Deavers

**CITY OF COLUMBUS,** *et al.,*

       Defendant.

## ORDER

      This case has been reported settled. The Preliminary Pretrial Conference set for December 1, 2022 at 11:30 AM is **VACATED**. The parties are **DIRECTED** to file a joint written status report on or before **JANUARY 3, 2023** unless an appropriate dismissal entry has been filed by this date.

        **IT IS SO ORDERED.**

**DATE: November 28, 2022**                                    /s/ *Elizabeth A. Preston Deavers*
                                                                   **ELIZABETH PRESTON DEAVERS**
                                                                   **UNITED STATES MAGISTRATE JUDGE**