UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JENNIFER KNIGHT,**

      **Plaintiff,**

v.

      Civil Action 2:22-v 3036
      Judge Sarah D. Morrison
      Magistrate Judge Elizabeth P. Deavers

**CITY OF COLUMBUS,** *et al.*,

      **Defendants.**

## ORDER

This case was reported settled on November 28, 2022.  (ECF No. 12.)  On that same date, the Court issued an order directing the parties to file a joint written status report on or before January 3, 2023, unless an appropriate dismissal entry had been filed prior to that date. (*Id*.)  To date, neither a dismissal entry nor a status report has been filed as ordered.  Accordingly, the parties are **DIRECTED** to file a **JOINT WRITTEN STATUS REPORT** by **JANUARY 13, 2023**, unless an appropriate dismissal entry has been received prior to that date.

      **IT IS SO ORDERED**.

Date: January 6, 2023            /s/ *Elizabeth A. Preston Deavers*
                                                ELIZABETH A. PRESTON DEAVERS
                                                UNITED STATES MAGISTRATE JUDGE