IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Jennifer Knight | Case No. 2:22-cv-03036 |
| Plaintiff, | Judge Morrison |
| v. | STIPULATED ENTRY OF DISMISSAL |
| City of Columbus, et al., | |
| Defendants | |

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate and agree that this case is dismissed WITH PREJUDICE, with Court costs being paid by Defendant, City of Columbus.

/s/Zachary Gottesman
Zachary Gottesman (0058675)
Trial Attorney for Plaintiff
Gottesman & Associates, LLC
404 East 12th Street, First Floor
Cincinnati, Ohio 45202
513/651-2121
zg@zgottesmanlaw.com

/s/Paul Bernhart
Paul Bernhart (0079543)
Assistant City Attorney
City Attorney Zach Klein's Office
77 N. Front Street
Columbus, Ohio 43215
Direct 614-645-7461
pmbernhart@columbus.gov

1